# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Schydlower, Leon | 2. Court or Organization<br><br>U.S. District Court, Western District of Texas | 3. Date of Report<br><br>08/23/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge, Full-time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ✔ Annual    ☐ Final<br><br>5b. ✔ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>**to**<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>525 Magoffin Ave.<br>Ste. 551<br>El Paso, Texas 79901 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Attorney and Owner (my former law practice, now inactive). | Leon Schydlower, Attorney at Law, PLLC (Private practice of law) (Inactive) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schydlower, Leon | 08/23/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Endoscopy Center of El Paso - Registered Nurse |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schydlower, Leon | 08/23/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | University of Texas at Austin | Tuition and Room & Board | J |
| 2. | Chase Bank | Revolving Charge Account | K |
| 3. | USAA | Revolving Charge Account | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Schydlower, Leon** | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.     IRA #1 (H) | | | | | | | | | |
| 2.     - USAA Precious Metals and Minerals Fund | A | Dividend | J | T | | | | | |
| 3.     - USAA Capital Growth Fund | B | Dividend | K | T | | | | | |
| 4.     - USAA Emerging Markets Fund | A | Dividend | J | T | | | | | |
| 5.     - USAA International Fund | B | Dividend | J | T | | | | | |
| 6.     - USAA Aggressive Growth Fund | F | Dividend | N | T | | | | | |
| 7.     - USAA Income Stock Fund | B | Dividend | K | T | | | | | |
| 8.     - USAA S&P 500 Index Fund | A | Dividend | K | T | | | | | |
| 9.     - USAA Total Return Strategy Fund | A | Dividend | | | Redeemed | 08/17/18 | J | | |
| 10.     - USAA Small Cap Stock Fund | B | Dividend | K | T | | | | | |
| 11.     - USAA Money Market Fund | A | Dividend | J | T | Open | 08/17/18 | J | | |
| 12.   IRA #2 (H) | | | | | | | | | |
| 13.     - USAA S&P 500 Index Fund | A | Dividend | K | T | | | | | |
| 14.   IRA #3 (H) | | | | | | | | | |
| 15.     - USAA Precious Metals and Minerals Fund | A | Dividend | J | T | | | | | |
| 16.     - USAA Capital Growth Fund | A | Dividend | J | T | | | | | |
| 17.     - USAA Emerging Markets Fund | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Schydlower, Leon** | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   - USAA International Fund | A | Dividend | J | T | | | | | |
| 19.   - USAA Aggressive Growth Fund | A | Dividend | J | T | | | | | |
| 20.   - USAA Income Stock Fund | A | Dividend | J | T | | | | | |
| 21.   - USAA S&P 500 Index Fund | A | Dividend | J | T | | | | | |
| 22.   - USAA Total Return Strategy Fund | A | Dividend | | | Redeemed | 08/17/18 | J | | |
| 23.   - USAA Small Cap Stock Fund | A | Dividend | J | T | | | | | |
| 24.   - USAA Money Market Fund | A | Dividend | J | T | Open | 08/17/18 | J | | |
| 25.   IRA #4 (H) | | | | | | | | | |
| 26.   - USAA Precious Metals and Minerals Fund | A | Dividend | J | T | | | | | |
| 27.   - USAA Capital Growth Fund | A | Dividend | J | T | | | | | |
| 28.   - USAA Emerging Markets Fund | A | Dividend | J | T | | | | | |
| 29.   - USAA International Fund | A | Dividend | J | T | | | | | |
| 30.   - USAA Aggressive Growth Fund | A | Dividend | J | T | | | | | |
| 31.   - USAA Income Stock Fund | A | Dividend | J | T | | | | | |
| 32.   - USAA S&P 500 Index Fund | A | Dividend | J | T | | | | | |
| 33.   - USAA Total Return Strategy Fund | A | Dividend | | | Redeemed | 08/17/18 | J | | |
| 34.   - USAA Small Cap Stock Fund | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Schydlower, Leon** | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - USAA Money Market Fund | A | Dividend | J | T | Open | 08/17/18 | J | | |
| 36.  USAA Cash Accounts | A | Interest | J | T | | | | | |
| 37.  Westar Bank Cash Accounts | A | Interest | J | T | | | | | |
| 38.  401K - Fidelity Gov't $ Rsrv (Transferred from T Rowe Price) | A | Dividend | J | T | | | | | |
| 39.  Bitcoin | | None | | T | Buy | 01/23/18 | K | | |
| 40. | | | | | Sold | 01/23/18 | K | A | |
| 41. | | | | | Buy | 01/23/18 | L | | |
| 42. | | | | | Sold | 01/23/18 | L | A | |
| 43. | | | | | Buy | 01/26/18 | L | | |
| 44. | | | | | Sold | 01/28/18 | L | B | |
| 45. | | | | | Buy | 01/29/18 | J | | |
| 46. | | | | | Sold | 01/29/18 | J | A | |
| 47. | | | | | Buy | 01/31/18 | L | | |
| 48. | | | | | Sold | 01/31/18 | L | | |
| 49. | | | | | Buy | 02/02/18 | K | | |
| 50. | | | | | Sold | 02/02/18 | K | A | |
| 51. | | | | | Buy | 02/02/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schydlower, Leon | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 01/02/18 | K | | |
| 53. | | | | | Buy | 02/03/18 | K | | |
| 54. | | | | | Sold | 02/03/18 | K | | |
| 55. | | | | | Buy | 02/11/18 | L | | |
| 56. | | | | | Sold | 02/11/18 | L | B | |
| 57. | | | | | Buy | 02/11/18 | L | | |
| 58. | | | | | Sold | 02/12/18 | L | C | |
| 59. | | | | | Buy | 02/19/18 | L | | |
| 60. | | | | | Sold (part) | 02/20/18 | L | C | |
| 61. | | | | | Buy | 02/21/18 | L | | |
| 62. | | | | | Sold | 02/27/18 | L | | |
| 63. | | | | | Buy | 03/11/18 | K | | |
| 64. | | | | | Sold | 03/11/18 | K | | |
| 65. | | | | | Buy | 03/29/18 | L | | |
| 66. | | | | | Sold (part) | 03/29/18 | J | | |
| 67. | | | | | Sold (part) | 03/29/18 | J | | |
| 68. | | | | | Sold (part) | 03/29/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schydlower, Leon | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold<br>(part) | 03/29/18 | J | | |
| 70. | | | | | Sold<br>(part) | 03/30/18 | K | | |
| 71. | | | | | Buy | 04/02/18 | K | | |
| 72. | | | | | Buy<br>(add'l) | 04/02/18 | J | | |
| 73. | | | | | Sold<br>(part) | 04/03/18 | J | A | |
| 74. | | | | | Sold<br>(part) | 04/03/18 | J | A | |
| 75. | | | | | Sold<br>(part) | 04/03/18 | J | A | |
| 76. | | | | | Sold<br>(part) | 04/03/18 | J | A | |
| 77. | | | | | Sold<br>(part) | 04/03/18 | J | A | |
| 78. | | | | | Buy | 04/06/18 | K | | |
| 79. | | | | | Buy | 04/06/18 | K | | |
| 80. | | | | | Sold<br>(part) | 04/06/18 | J | | |
| 81. | | | | | Sold<br>(part) | 04/06/18 | J | | |
| 82. | | | | | Sold<br>(part) | 04/06/18 | J | | |
| 83. | | | | | Sold<br>(part) | 04/07/18 | J | | |
| 84. | | | | | Sold<br>(part) | 04/07/18 | J | A | |
| 85. | | | | | Sold<br>(part) | 04/07/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schydlower, Leon | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Sold<br>(part) | 04/07/18 | J | A | |
| 87. | | | | | Buy<br>(add'l) | 04/07/18 | J | | |
| 88. | | | | | Buy<br>(add'l) | 04/07/18 | J | | |
| 89. | | | | | Sold<br>(part) | 04/07/18 | J | A | |
| 90. | | | | | Sold<br>(part) | 04/07/18 | J | A | |
| 91. | | | | | Sold<br>(part) | 04/07/18 | J | A | |
| 92. | | | | | Sold<br>(part) | 04/07/18 | J | A | |
| 93. | | | | | Sold<br>(part) | 04/07/18 | J | | |
| 94. | | | | | Buy | 04/08/18 | J | | |
| 95. | | | | | Sold | 04/08/18 | J | | |
| 96. | | | | | Buy | 04/08/18 | J | | |
| 97. | | | | | Buy | 04/08/18 | K | | |
| 98. | | | | | Buy | 04/08/18 | J | | |
| 99. | | | | | Sold<br>(part) | 04/08/18 | J | | |
| 100. | | | | | Sold<br>(part) | 04/08/18 | J | | |
| 101. | | | | | Sold<br>(part) | 04/08/18 | J | | |
| 102. | | | | | Sold<br>(part) | 04/08/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Schydlower, Leon** | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold<br>(part) | 04/08/18 | J | A | |
| 104. | | | | | Sold<br>(part) | 04/08/18 | J | A | |
| 105. | | | | | Sold<br>(part) | 04/08/18 | J | A | |
| 106. | | | | | Buy | 04/09/18 | J | | |
| 107. | | | | | Buy<br>(add'l) | 04/09/18 | J | | |
| 108. | | | | | Buy<br>(add'l) | 04/09/18 | J | | |
| 109. | | | | | Sold<br>(part) | 04/09/18 | J | | |
| 110. | | | | | Sold<br>(part) | 04/09/18 | J | | |
| 111. | | | | | Sold<br>(part) | 04/09/18 | J | | |
| 112. | | | | | Buy | 04/09/18 | J | | |
| 113. | | | | | Sold<br>(part) | 04/09/18 | J | | |
| 114. | | | | | Sold<br>(part) | 04/09/18 | J | | |
| 115. | | | | | Buy | 04/09/18 | J | | |
| 116. | | | | | Buy<br>(add'l) | 04/09/18 | J | | |
| 117. | | | | | Sold<br>(part) | 04/09/18 | J | | |
| 118. | | | | | Sold<br>(part) | 04/09/18 | J | | |
| 119. | | | | | Sold<br>(part) | 04/09/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schydlower, Leon | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Sold<br>(part) | 04/09/18 | J | | |
| 121. | | | | | Buy | 04/11/18 | K | | |
| 122. | | | | | Buy<br>(add'l) | 04/11/18 | K | | |
| 123. | | | | | Buy | 04/11/18 | J | | |
| 124. | | | | | Sold<br>(part) | 04/11/18 | J | | |
| 125. | | | | | Sold<br>(part) | 04/11/18 | J | | |
| 126. | | | | | Buy | 04/11/18 | K | | |
| 127. | | | | | Buy<br>(add'l) | 04/11/18 | J | | |
| 128. | | | | | Buy<br>(add'l) | 04/11/18 | J | | |
| 129. | | | | | Sold<br>(part) | 04/11/18 | J | | |
| 130. | | | | | Sold<br>(part) | 04/11/18 | J | | |
| 131. | | | | | Sold<br>(part) | 04/11/18 | J | | |
| 132. | | | | | Sold<br>(part) | 04/11/18 | J | | |
| 133. | | | | | Sold<br>(part) | 04/11/18 | J | | |
| 134. | | | | | Sold<br>(part) | 04/11/18 | J | | |
| 135. | | | | | Sold<br>(part) | 04/12/18 | J | B | |
| 136. | | | | | Sold<br>(part) | 04/12/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schydlower, Leon | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 04/12/18 | J | A | |
| 138. | | | | | Sold (part) | 04/12/18 | J | A | |
| 139. | | | | | Sold (part) | 04/12/18 | J | A | |
| 140. | | | | | Sold (part) | 04/12/18 | J | A | |
| 141. | | | | | Sold (part) | 04/12/18 | J | | |
| 142. | | | | | Sold (part) | 04/12/18 | J | | |
| 143. | | | | | Sold (part) | 04/12/18 | J | | |
| 144. | | | | | Sold (part) | 04/12/18 | J | | |
| 145. | | | | | Buy | 04/12/18 | J | | |
| 146. | | | | | Buy | 04/12/18 | J | | |
| 147. | | | | | Buy | 04/12/18 | J | | |
| 148. | | | | | Buy | 04/12/18 | J | | |
| 149. | | | | | Sold (part) | 04/12/18 | J | A | |
| 150. | | | | | Buy | 04/12/18 | J | | |
| 151. | | | | | Buy (add'l) | 04/12/18 | J | | |
| 152. | | | | | Sold (part) | 04/12/18 | J | | |
| 153. | | | | | Sold (part) | 04/12/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schydlower, Leon | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Buy | 04/13/18 | J | | |
| 155. | | | | | Buy<br>(add'l) | 04/13/18 | J | | |
| 156. | | | | | Buy<br>(add'l) | 04/13/18 | J | | |
| 157. | | | | | Buy<br>(add'l) | 04/13/18 | J | | |
| 158. | | | | | Buy<br>(add'l) | 04/13/18 | J | | |
| 159. | | | | | Sold | 04/13/18 | J | | |
| 160. | | | | | Sold<br>(part) | 04/13/18 | J | | |
| 161. | | | | | Sold<br>(part) | 04/13/18 | J | | |
| 162. | | | | | Buy | 04/13/18 | J | | |
| 163. | | | | | Sold<br>(part) | 04/13/18 | J | | |
| 164. | | | | | Sold<br>(part) | 04/13/18 | J | A | |
| 165. | | | | | Buy<br>(add'l) | 04/13/18 | J | | |
| 166. | | | | | Sold<br>(part) | 04/13/18 | J | | |
| 167. | | | | | Buy | 04/18/18 | J | | |
| 168. | | | | | Buy<br>(add'l) | 04/18/18 | J | | |
| 169. | | | | | Buy<br>(add'l) | 04/18/18 | J | | |
| 170. | | | | | Buy<br>(add'l) | 04/18/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Schydlower, Leon | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 04/18/18 | J | | |
| 172. | | | | | Sold (part) | 04/18/18 | J | | |
| 173. | | | | | Sold (part) | 04/18/18 | J | | |
| 174. | | | | | Sold (part) | 04/18/18 | J | | |
| 175. | | | | | Sold (part) | 04/18/18 | J | | |
| 176. | | | | | Sold (part) | 04/18/18 | J | | |
| 177. | | | | | Buy | 04/20/18 | J | | |
| 178. | | | | | Buy (add'l) | 04/20/18 | J | | |
| 179. | | | | | Buy (add'l) | 04/20/18 | J | | |
| 180. | | | | | Buy (add'l) | 04/20/18 | J | | |
| 181. | | | | | Buy (add'l) | 04/20/18 | J | | |
| 182. | | | | | Buy (add'l) | 04/20/18 | J | | |
| 183. | | | | | Sold | 04/20/18 | K | A | |
| 184. | | | | | Buy | 04/21/18 | J | | |
| 185. | | | | | Buy (add'l) | 04/21/18 | J | | |
| 186. | | | | | Buy (add'l) | 04/21/18 | J | | |
| 187. | | | | | Buy (add'l) | 04/21/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schydlower, Leon | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | Buy<br>(add'l) | 04/21/18 | J | | |
| 189. | | | | | Buy<br>(add'l) | 04/21/18 | J | | |
| 190. | | | | | Buy<br>(add'l) | 04/21/18 | J | | |
| 191. | | | | | Buy<br>(add'l) | 04/21/18 | J | | |
| 192. | | | | | Sold<br>(part) | 04/21/18 | J | A | |
| 193. | | | | | Sold<br>(part) | 04/21/18 | J | A | |
| 194. | | | | | Sold<br>(part) | 04/21/18 | J | A | |
| 195. | | | | | Sold<br>(part) | 04/21/18 | J | A | |
| 196. | | | | | Sold<br>(part) | 04/21/18 | J | A | |
| 197. | | | | | Sold<br>(part) | 04/21/18 | J | A | |
| 198. | | | | | Sold<br>(part) | 04/21/18 | J | A | |
| 199. | | | | | Sold<br>(part) | 04/21/18 | K | A | |
| 200. | | | | | Buy | 04/27/18 | J | | |
| 201. | | | | | Sold<br>(part) | 04/27/18 | J | | |
| 202. | | | | | Buy | 04/28/18 | L | | |
| 203. | | | | | Sold<br>(part) | 04/28/18 | L | | |
| 204. | | | | | Sold<br>(part) | 04/28/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schydlower, Leon | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. | | | | | Sold<br>(part) | 04/28/18 | J | | |
| 206. | | | | | Sold<br>(part) | 04/28/18 | K | | |
| 207. | | | | | Buy | 06/03/18 | J | | |
| 208. | | | | | Buy<br>(add'l) | 06/03/18 | J | | |
| 209. | | | | | Buy<br>(add'l) | 06/03/18 | J | | |
| 210. | | | | | Buy<br>(add'l) | 06/03/18 | J | | |
| 211. | | | | | Buy<br>(add'l) | 06/03/18 | J | | |
| 212. | | | | | Buy<br>(add'l) | 06/03/18 | J | | |
| 213. | | | | | Buy<br>(add'l) | 06/03/18 | J | | |
| 214. | | | | | Buy<br>(add'l) | 06/03/18 | J | | |
| 215. | | | | | Buy<br>(add'l) | 06/03/18 | J | | |
| 216. | | | | | Buy<br>(add'l) | 06/03/18 | J | | |
| 217. | | | | | Buy<br>(add'l) | 06/03/18 | J | | |
| 218. | | | | | Buy<br>(add'l) | 06/03/18 | J | | |
| 219. | | | | | Buy<br>(add'l) | 06/03/18 | J | | |
| 220. | | | | | Buy<br>(add'l) | 06/03/18 | J | | |
| 221. | | | | | Buy<br>(add'l) | 06/03/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Schydlower, Leon** | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. | | | | | Buy<br>(add'l) | 06/03/18 | J | | |
| 223. | | | | | Buy<br>(add'l) | 06/03/18 | J | | |
| 224. | | | | | Buy<br>(add'l) | 06/03/18 | J | | |
| 225. | | | | | Buy<br>(add'l) | 06/03/18 | J | | |
| 226. | | | | | Buy<br>(add'l) | 06/03/18 | K | | |
| 227. | | | | | Sold<br>(part) | 06/03/18 | K | A | |
| 228. | | | | | Sold<br>(part) | 06/03/18 | J | A | |
| 229. | | | | | Sold<br>(part) | 06/03/18 | J | A | |
| 230. | | | | | Sold<br>(part) | 06/03/18 | J | A | |
| 231. | | | | | Sold<br>(part) | 06/03/18 | J | A | |
| 232. | | | | | Sold<br>(part) | 06/03/18 | J | A | |
| 233. | | | | | Sold<br>(part) | 06/03/18 | J | A | |
| 234. | | | | | Sold<br>(part) | 06/03/18 | J | A | |
| 235. | | | | | Sold<br>(part) | 06/03/18 | J | A | |
| 236. | | | | | Sold<br>(part) | 06/03/18 | J | A | |
| 237. | | | | | Sold<br>(part) | 06/03/18 | J | A | |
| 238. | | | | | Sold<br>(part) | 06/03/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schydlower, Leon | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 06/03/18 | J | A | |
| 240. | | | | | Sold (part) | 06/03/18 | J | A | |
| 241. | | | | | Sold (part) | 06/03/18 | J | A | |
| 242. | | | | | Sold (part) | 06/03/18 | J | A | |
| 243. | | | | | Sold (part) | 06/03/18 | J | A | |
| 244. | | | | | Sold (part) | 06/03/18 | J | A | |
| 245. | | | | | Sold (part) | 06/03/18 | J | A | |
| 246. | | | | | Sold (part) | 06/03/18 | J | A | |
| 247. | | | | | Sold (part) | 06/03/18 | J | A | |
| 248. | | | | | Sold (part) | 06/03/18 | J | A | |
| 249. | | | | | Sold (part) | 06/03/18 | J | A | |
| 250. | | | | | Sold (part) | 06/03/18 | J | A | |
| 251. | | | | | Buy | 06/23/18 | J | | |
| 252. | | | | | Buy (add'l) | 06/23/18 | J | | |
| 253. | | | | | Buy (add'l) | 06/23/18 | J | | |
| 254. | | | | | Buy (add'l) | 06/23/18 | J | | |
| 255. | | | | | Buy (add'l) | 06/23/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Schydlower, Leon** | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. | | | | | Buy<br>(add'l) | 06/23/18 | J | | |
| 257. | | | | | Buy<br>(add'l) | 06/23/18 | J | | |
| 258. | | | | | Buy<br>(add'l) | 06/23/18 | J | | |
| 259. | | | | | Buy<br>(add'l) | 06/23/18 | J | | |
| 260. | | | | | Buy<br>(add'l) | 06/23/18 | J | | |
| 261. | | | | | Buy<br>(add'l) | 06/23/18 | J | | |
| 262. | | | | | Buy<br>(add'l) | 06/23/18 | J | | |
| 263. | | | | | Buy<br>(add'l) | 06/23/18 | K | | |
| 264. | | | | | Buy<br>(add'l) | 06/23/18 | J | | |
| 265. | | | | | Buy<br>(add'l) | 06/23/18 | J | | |
| 266. | | | | | Buy<br>(add'l) | 06/23/18 | J | | |
| 267. | | | | | Buy<br>(add'l) | 06/23/18 | J | | |
| 268. | | | | | Buy<br>(add'l) | 06/23/18 | J | | |
| 269. | | | | | Buy<br>(add'l) | 06/23/18 | J | | |
| 270. | | | | | Buy<br>(add'l) | 06/23/18 | J | | |
| 271. | | | | | Buy<br>(add'l) | 06/23/18 | J | | |
| 272. | | | | | Buy<br>(add'l) | 06/23/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schydlower, Leon | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273. | | | | | Buy<br>(add'l) | 06/23/18 | J | | |
| 274. | | | | | Buy<br>(add'l) | 06/23/18 | J | | |
| 275. | | | | | Buy<br>(add'l) | 06/23/18 | J | | |
| 276. | | | | | Buy<br>(add'l) | 06/23/18 | J | | |
| 277. | | | | | Buy<br>(add'l) | 06/23/18 | J | | |
| 278. | | | | | Sold<br>(part) | 06/24/18 | J | | |
| 279. | | | | | Sold<br>(part) | 06/24/18 | J | | |
| 280. | | | | | Sold<br>(part) | 06/24/18 | J | | |
| 281. | | | | | Sold<br>(part) | 06/24/18 | K | | |
| 282. | | | | | Sold<br>(part) | 06/24/18 | J | | |
| 283. | | | | | Sold<br>(part) | 06/24/18 | K | | |
| 284. | | | | | Sold<br>(part) | 06/24/18 | J | | |
| 285. | | | | | Sold<br>(part) | 06/24/18 | J | | |
| 286. | | | | | Sold<br>(part) | 06/24/18 | K | | |
| 287. | | | | | Sold<br>(part) | 06/24/18 | J | A | |
| 288. | | | | | Buy | 07/22/18 | J | | |
| 289. | | | | | Buy | 07/22/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schydlower, Leon | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290. | | | | | Buy | 07/22/18 | J | | |
| 291. | | | | | Buy | 07/22/18 | J | | |
| 292. | | | | | Buy | 07/22/18 | K | | |
| 293. | | | | | Sold<br>(part) | 07/22/18 | J | | |
| 294. | | | | | Sold<br>(part) | 07/22/18 | J | | |
| 295. | | | | | Sold<br>(part) | 07/22/18 | J | | |
| 296. | | | | | Sold<br>(part) | 07/22/18 | J | | |
| 297. | | | | | Sold<br>(part) | 07/22/18 | K | | |
| 298. | | | | | Buy | 12/09/18 | J | | |
| 299. | | | | | Buy<br>(add'l) | 12/09/18 | J | | |
| 300. | | | | | Buy<br>(add'l) | 12/09/18 | J | | |
| 301. | | | | | Buy<br>(add'l) | 12/09/18 | J | | |
| 302. | | | | | Buy<br>(add'l) | 12/09/18 | J | | |
| 303. | | | | | Sold<br>(part) | 12/09/18 | K | | |
| 304. | | | | | Buy | 12/13/18 | J | | |
| 305. | | | | | Buy<br>(add'l) | 12/13/18 | J | | |
| 306. | | | | | Buy<br>(add'l) | 12/13/18 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Schydlower, Leon | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 12/13/18 | J | | |
| 308. | | | | | Sold (part) | 12/13/18 | K | | |
| 309. | | | | | Buy | 12/18/18 | J | | |
| 310. | | | | | Buy | 12/18/18 | J | | |
| 311. | | | | | Buy | 12/18/18 | J | | |
| 312. | | | | | Buy | 12/18/18 | K | | |
| 313. | | | | | Buy | 12/18/18 | J | | |
| 314. | | | | | Buy | 12/18/18 | J | | |
| 315. | | | | | Buy | 12/18/18 | J | | |
| 316. | | | | | Buy | 12/18/18 | K | | |
| 317. | | | | | Buy | 12/18/18 | J | | |
| 318. | | | | | Buy | 12/18/18 | K | | |
| 319. | | | | | Buy | 12/18/18 | J | | |
| 320. | | | | | Buy | 12/18/18 | J | | |
| 321. | | | | | Buy | 12/18/18 | J | | |
| 322. | | | | | Buy | 12/18/18 | J | | |
| 323. | | | | | Buy | 12/18/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Schydlower, Leon** | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324. | | | | | Buy | 12/18/18 | J | | |
| 325. | | | | | Sold (part) | 12/19/18 | J | A | |
| 326. | | | | | Sold (part) | 12/19/18 | K | A | |
| 327. | | | | | Sold (part) | 12/19/18 | J | A | |
| 328. | | | | | Sold (part) | 12/19/18 | J | A | |
| 329. | | | | | Sold (part) | 12/19/18 | J | A | |
| 330. | | | | | Sold (part) | 12/19/18 | J | A | |
| 331. | | | | | Sold (part) | 12/19/18 | J | A | |
| 332. | | | | | Sold (part) | 12/19/18 | J | A | |
| 333. | | | | | Sold (part) | 12/19/18 | J | A | |
| 334. | | | | | Sold (part) | 12/19/18 | J | A | |
| 335. | | | | | Sold (part) | 12/19/18 | J | A | |
| 336. | | | | | Sold (part) | 12/19/18 | J | A | |
| 337. | | | | | Sold (part) | 12/19/18 | J | A | |
| 338. | | | | | Sold (part) | 12/19/18 | J | A | |
| 339. | | | | | Sold (part) | 12/19/18 | J | A | |
| 340. | | | | | Sold (part) | 12/19/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Schydlower, Leon** | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold (part) | 12/19/18 | J | A | |
| 342. | | | | | Sold (part) | 12/19/18 | J | A | |
| 343. | | | | | Sold (part) | 12/19/18 | J | A | |
| 344. | | | | | Sold (part) | 12/19/18 | J | A | |
| 345. | | | | | Sold (part) | 12/19/18 | J | A | |
| 346. | | | | | Sold (part) | 12/19/18 | J | A | |
| 347. | | | | | Sold (part) | 12/19/18 | K | A | |
| 348. | | | | | Sold (part) | 12/19/18 | J | A | |
| 349. | | | | | Sold (part) | 12/19/18 | J | A | |
| 350. | | | | | Sold (part) | 12/19/18 | J | A | |
| 351. | | | | | Buy | 12/19/18 | J | | |
| 352. | | | | | Buy | 12/19/18 | J | | |
| 353. | | | | | Buy | 12/19/18 | K | | |
| 354. | | | | | Buy | 12/19/18 | J | | |
| 355. | | | | | Buy | 12/19/18 | J | | |
| 356. | | | | | Buy | 12/19/18 | J | | |
| 357. | | | | | Buy | 12/19/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | | Buy | 12/19/18 | J | | |
| 359. | | | | | | Buy | 12/19/18 | J | | |
| 360. | | | | | | Buy | 12/19/18 | J | | |
| 361. | | | | | | Buy | 12/19/18 | J | | |
| 362. | | | | | | Buy | 12/19/18 | J | | |
| 363. | | | | | | Buy | 12/19/18 | J | | |
| 364. | | | | | | Buy | 12/19/18 | J | | |
| 365. | | | | | | Buy | 12/19/18 | J | | |
| 366. | | | | | | Buy | 12/19/18 | J | | |
| 367. | | | | | | Buy | 12/19/18 | J | | |
| 368. | | | | | | Buy | 12/19/18 | J | | |
| 369. | | | | | | Buy | 12/19/18 | J | | |
| 370. | | | | | | Buy | 12/19/18 | J | | |
| 371. | | | | | | Buy | 12/19/18 | J | | |
| 372. | | | | | | Buy | 12/19/18 | J | | |
| 373. | | | | | | Buy | 12/19/18 | J | | |
| 374. | | | | | | Buy | 12/19/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schydlower, Leon | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375. | | | | | Buy | 12/19/18 | J | | |
| 376. | | | | | Buy | 12/19/18 | K | | |
| 377. | | | | | Sold<br>(part) | 12/19/18 | J | | |
| 378. | | | | | Sold<br>(part) | 12/19/18 | K | | |
| 379. | | | | | Sold<br>(part) | 12/19/18 | J | | |
| 380. | | | | | Sold<br>(part) | 12/19/18 | K | | |
| 381. | | | | | Sold<br>(part) | 12/19/18 | J | | |
| 382. | | | | | Sold<br>(part) | 12/19/18 | J | | |
| 383. | | | | | Sold<br>(part) | 12/19/18 | J | | |
| 384. | | | | | Sold<br>(part) | 12/19/18 | J | | |
| 385. | | | | | Sold<br>(part) | 12/19/18 | K | | |
| 386. | | | | | Buy | 12/20/18 | J | | |
| 387. | | | | | Buy<br>(add'l) | 12/20/18 | J | | |
| 388. | | | | | Buy<br>(add'l) | 12/20/18 | J | | |
| 389. | | | | | Buy<br>(add'l) | 12/20/18 | J | | |
| 390. | | | | | Buy<br>(add'l) | 12/20/18 | J | | |
| 391. | | | | | Buy<br>(add'l) | 12/20/18 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schydlower, Leon | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 393. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 394. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 395. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 396. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 397. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 398. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 399. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 400. | | | | | Buy (add'l) | 12/20/18 | K | | |
| 401. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 402. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 403. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 404. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 405. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 406. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 407. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 408. | | | | | Buy (add'l) | 12/20/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Schydlower, Leon | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 410. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 411. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 412. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 413. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 414. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 415. | | | | | Sold (part) | 12/22/18 | K | | |
| 416. | | | | | Sold (part) | 12/22/18 | J | | |
| 417. | | | | | Sold (part) | 12/22/18 | J | | |
| 418. | | | | | Sold (part) | 12/22/18 | J | | |
| 419. | | | | | Sold (part) | 12/22/18 | J | | |
| 420. | | | | | Sold (part) | 12/22/18 | J | | |
| 421. | | | | | Sold (part) | 12/22/18 | J | | |
| 422. | | | | | Sold (part) | 12/22/18 | J | | |
| 423. | | | | | Sold (part) | 12/22/18 | J | | |
| 424. | | | | | Sold (part) | 12/22/18 | K | | |
| 425. | | | | | Sold (part) | 12/22/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Schydlower, Leon** | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Sold (part) | 12/22/18 | J | | |
| 427. | | | | | Sold (part) | 12/22/18 | J | | |
| 428. | | | | | Sold (part) | 12/22/18 | J | | |
| 429. | | | | | Sold (part) | 12/22/18 | J | | |
| 430. | | | | | Sold (part) | 12/22/18 | J | | |
| 431. | | | | | Sold (part) | 12/22/18 | K | | |
| 432. | | | | | Sold (part) | 12/22/18 | J | | |
| 433. | | | | | Buy | 12/23/18 | J | | |
| 434. | | | | | Buy (add'l) | 12/23/18 | J | | |
| 435. | | | | | Buy (add'l) | 12/23/18 | J | | |
| 436. | | | | | Buy (add'l) | 12/23/18 | J | | |
| 437. | | | | | Sold (part) | 12/23/18 | J | A | |
| 438. | | | | | Sold (part) | 12/23/18 | K | A | |
| 439. | | | | | Sold (part) | 12/23/18 | J | A | |
| 440. | | | | | Sold (part) | 12/23/18 | J | A | |
| 441. | | | | | Sold (part) | 12/23/18 | J | A | |
| 442. | | | | | Sold (part) | 12/23/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Schydlower, Leon** | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 443. | | | | | Sold (part) | 12/23/18 | J | A | |
| 444. | | | | | Sold (part) | 12/23/18 | J | A | |
| 445. | | | | | Sold (part) | 12/23/18 | J | A | |
| 446. | | | | | Sold (part) | 12/23/18 | J | A | |
| 447. | | | | | Sold (part) | 12/23/18 | J | A | |
| 448. | | | | | Sold (part) | 12/23/18 | J | A | |
| 449. | | | | | Sold (part) | 12/23/18 | J | A | |
| 450. | | | | | Sold (part) | 12/23/18 | J | A | |
| 451. | | | | | Sold (part) | 12/23/18 | J | A | |
| 452.  USDT | None | | M | T | Buy | 03/29/18 | J | | |
| 453. | | | | | Buy (add'l) | 03/29/18 | J | | |
| 454. | | | | | Buy (add'l) | 03/29/18 | J | | |
| 455. | | | | | Buy (add'l) | 03/29/18 | J | | |
| 456. | | | | | Sold (part) | 04/02/18 | K | | |
| 457. | | | | | Sold (part) | 04/02/18 | J | | |
| 458. | | | | | Buy | 04/03/18 | J | | |
| 459. | | | | | Buy (add'l) | 04/03/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schydlower, Leon | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 460. | | | | | Buy<br>(add'l) | 04/03/18 | J | | |
| 461. | | | | | Buy<br>(add'l) | 04/03/18 | J | | |
| 462. | | | | | Buy<br>(add'l) | 04/03/18 | J | | |
| 463. | | | | | Sold | 04/06/18 | K | | |
| 464. | | | | | Sold<br>(part) | 04/07/18 | J | | |
| 465. | | | | | Sold<br>(part) | 04/07/18 | J | | |
| 466. | | | | | Buy | 04/07/18 | J | | |
| 467. | | | | | Buy<br>(add'l) | 04/07/18 | J | | |
| 468. | | | | | Buy<br>(add'l) | 04/07/18 | J | | |
| 469. | | | | | Buy<br>(add'l) | 04/07/18 | J | | |
| 470. | | | | | Buy<br>(add'l) | 04/07/18 | J | | |
| 471. | | | | | Buy<br>(add'l) | 04/07/18 | J | | |
| 472. | | | | | Sold | 04/08/18 | K | | |
| 473. | | | | | Sold | 04/08/18 | J | | |
| 474. | | | | | Sold<br>(part) | 04/08/18 | J | | |
| 475. | | | | | Buy | 04/09/18 | J | | |
| 476. | | | | | Buy | 04/09/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schydlower, Leon | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 477. | | | | | Buy (add'l) | 04/09/18 | J | | |
| 478. | | | | | Sold (part) | 04/09/18 | J | | |
| 479. | | | | | Sold (part) | 04/09/18 | J | | |
| 480. | | | | | Sold (part) | 04/09/18 | J | | |
| 481. | | | | | Buy | 04/09/18 | J | | |
| 482. | | | | | Buy (add'l) | 04/09/18 | J | | |
| 483. | | | | | Buy (add'l) | 04/09/18 | J | | |
| 484. | | | | | Buy (add'l) | 04/09/18 | J | | |
| 485. | | | | | Buy | 04/11/18 | J | | |
| 486. | | | | | Buy (add'l) | 04/11/18 | J | | |
| 487. | | | | | Sold (part) | 04/11/18 | K | | |
| 488. | | | | | Sold (part) | 04/11/18 | J | | |
| 489. | | | | | Sold (part) | 04/11/18 | J | | |
| 490. | | | | | Buy | 04/12/18 | K | | |
| 491. | | | | | Buy | 04/12/18 | J | | |
| 492. | | | | | Buy (add'l) | 04/12/18 | J | | |
| 493. | | | | | Buy (add'l) | 04/12/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schydlower, Leon | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 494. | | | | | Buy<br>(add'l) | 04/12/18 | J | | |
| 495. | | | | | Buy<br>(add'l) | 04/12/18 | J | | |
| 496. | | | | | Sold<br>(part) | 04/12/18 | J | | |
| 497. | | | | | Sold<br>(part) | 04/12/18 | J | | |
| 498. | | | | | Buy | 04/12/18 | J | | |
| 499. | | | | | Buy<br>(add'l) | 04/12/18 | J | | |
| 500. | | | | | Buy<br>(add'l) | 04/12/18 | J | | |
| 501. | | | | | Buy | 04/13/18 | J | | |
| 502. | | | | | Buy<br>(add'l) | 04/13/18 | J | | |
| 503. | | | | | Buy<br>(add'l) | 04/13/18 | J | | |
| 504. | | | | | Buy<br>(add'l) | 04/13/18 | J | | |
| 505. | | | | | Buy<br>(add'l) | 04/13/18 | J | | |
| 506. | | | | | Buy<br>(add'l) | 04/13/18 | J | | |
| 507. | | | | | Sold<br>(part) | 04/18/18 | J | | |
| 508. | | | | | Sold<br>(part) | 04/18/18 | J | | |
| 509. | | | | | Sold<br>(part) | 04/18/18 | J | | |
| 510. | | | | | Sold<br>(part) | 04/18/18 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schydlower, Leon | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | | Sold (part) | 04/18/18 | J | | |
| 512. | | | | | | Buy | 04/20/18 | K | | |
| 513. | | | | | | Buy | 04/21/18 | J | | |
| 514. | | | | | | Buy (add'l) | 04/21/18 | J | | |
| 515. | | | | | | Buy (add'l) | 04/21/18 | J | | |
| 516. | | | | | | Buy (add'l) | 04/21/18 | J | | |
| 517. | | | | | | Buy (add'l) | 04/21/18 | J | | |
| 518. | | | | | | Buy (add'l) | 04/21/18 | J | | |
| 519. | | | | | | Buy | 04/21/18 | K | | |
| 520. | | | | | | Sold (part) | 04/22/18 | J | | |
| 521. | | | | | | Sold (part) | 04/22/18 | J | | |
| 522. | | | | | | Sold (part) | 04/22/18 | J | | |
| 523. | | | | | | Sold (part) | 04/22/18 | J | | |
| 524. | | | | | | Sold (part) | 04/22/18 | J | | |
| 525. | | | | | | Sold (part) | 04/22/18 | K | | |
| 526. | | | | | | Buy | 04/22/18 | J | | |
| 527. | | | | | | Buy (add'l) | 04/22/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 528. | | | | | Buy<br>(add'l) | 04/22/18 | J | | |
| 529. | | | | | Buy<br>(add'l) | 04/22/18 | J | | |
| 530. | | | | | Buy<br>(add'l) | 04/22/18 | J | | |
| 531. | | | | | Buy<br>(add'l) | 04/22/18 | J | | |
| 532. | | | | | Buy<br>(add'l) | 04/22/18 | J | | |
| 533. | | | | | Buy<br>(add'l) | 04/22/18 | J | | |
| 534. | | | | | Buy<br>(add'l) | 04/22/18 | J | | |
| 535. | | | | | Buy<br>(add'l) | 04/22/18 | J | | |
| 536. | | | | | Buy<br>(add'l) | 04/22/18 | J | | |
| 537. | | | | | Buy<br>(add'l) | 04/22/18 | J | | |
| 538. | | | | | Buy<br>(add'l) | 04/22/18 | J | | |
| 539. | | | | | Buy<br>(add'l) | 04/22/18 | J | | |
| 540. | | | | | Sold<br>(part) | 04/24/18 | K | | |
| 541. | | | | | Sold<br>(part) | 04/27/18 | J | | |
| 542. | | | | | Buy | 04/27/18 | J | | |
| 543. | | | | | Sold | 04/28/18 | L | | |
| 544. | | | | | Buy | 04/28/18 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schydlower, Leon | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Buy (add'l) | 04/28/18 | J | | |
| 546. | | | | | Buy (add'l) | 04/28/18 | J | | |
| 547. | | | | | Buy (add'l) | 04/28/18 | K | | |
| 548. | | | | | Sold | 04/28/18 | J | | |
| 549. | | | | | Sold (part) | 04/28/18 | J | | |
| 550. | | | | | Sold (part) | 04/28/18 | J | | |
| 551. | | | | | Sold (part) | 04/28/18 | J | | |
| 552. | | | | | Sold (part) | 04/28/18 | J | | |
| 553. | | | | | Buy | 04/29/18 | J | | |
| 554. | | | | | Buy (add'l) | 04/29/18 | J | | |
| 555. | | | | | Buy (add'l) | 04/29/18 | J | | |
| 556. | | | | | Buy (add'l) | 04/29/18 | J | | |
| 557. | | | | | Buy (add'l) | 04/29/18 | J | | |
| 558. | | | | | Buy (add'l) | 04/29/18 | J | | |
| 559. | | | | | Buy (add'l) | 04/29/18 | J | | |
| 560. | | | | | Sold (part) | 06/03/18 | J | | |
| 561. | | | | | Sold (part) | 06/03/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Schydlower, Leon | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Sold (part) | 06/03/18 | J | | |
| 563. | | | | | Sold (part) | 06/03/18 | J | | |
| 564. | | | | | Sold (part) | 06/03/18 | J | | |
| 565. | | | | | Sold (part) | 06/03/18 | J | | |
| 566. | | | | | Sold (part) | 06/03/18 | J | | |
| 567. | | | | | Sold (part) | 06/03/18 | J | | |
| 568. | | | | | Sold (part) | 06/03/18 | J | | |
| 569. | | | | | Sold (part) | 06/03/18 | J | | |
| 570. | | | | | Sold (part) | 06/03/18 | J | | |
| 571. | | | | | Sold (part) | 06/03/18 | J | | |
| 572. | | | | | Sold (part) | 06/03/18 | J | | |
| 573. | | | | | Sold (part) | 06/03/18 | J | | |
| 574. | | | | | Sold (part) | 06/03/18 | J | | |
| 575. | | | | | Sold (part) | 06/03/18 | J | | |
| 576. | | | | | Sold (part) | 06/03/18 | J | | |
| 577. | | | | | Sold (part) | 06/03/18 | K | | |
| 578. | | | | | Buy | 06/03/18 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schydlower, Leon | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | Buy (add'l) | 06/03/18 | J | | |
| 580. | | | | | Buy (add'l) | 06/03/18 | J | | |
| 581. | | | | | Buy (add'l) | 06/03/18 | J | | |
| 582. | | | | | Buy (add'l) | 06/03/18 | J | | |
| 583. | | | | | Buy (add'l) | 06/03/18 | J | | |
| 584. | | | | | Buy (add'l) | 06/03/18 | J | | |
| 585. | | | | | Buy (add'l) | 06/03/18 | J | | |
| 586. | | | | | Buy (add'l) | 06/03/18 | J | | |
| 587. | | | | | Buy (add'l) | 06/03/18 | J | | |
| 588. | | | | | Buy (add'l) | 06/03/18 | J | | |
| 589. | | | | | Buy (add'l) | 06/03/18 | J | | |
| 590. | | | | | Buy (add'l) | 06/03/18 | J | | |
| 591. | | | | | Buy (add'l) | 06/03/18 | J | | |
| 592. | | | | | Buy (add'l) | 06/03/18 | J | | |
| 593. | | | | | Buy (add'l) | 06/03/18 | J | | |
| 594. | | | | | Buy (add'l) | 06/03/18 | J | | |
| 595. | | | | | Buy (add'l) | 06/03/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schydlower, Leon | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | Buy (add'l) | 06/03/18 | J | | |
| 597. | | | | | Buy (add'l) | 06/03/18 | J | | |
| 598. | | | | | Buy (add'l) | 06/03/18 | J | | |
| 599. | | | | | Buy (add'l) | 06/03/18 | J | | |
| 600. | | | | | Buy (add'l) | 06/03/18 | J | | |
| 601. | | | | | Buy (add'l) | 06/03/18 | J | | |
| 602. | | | | | Sold (part) | 06/23/18 | J | A | |
| 603. | | | | | Sold (part) | 06/23/18 | J | A | |
| 604. | | | | | Sold (part) | 06/23/18 | J | A | |
| 605. | | | | | Sold (part) | 06/23/18 | J | A | |
| 606. | | | | | Sold (part) | 06/23/18 | J | A | |
| 607. | | | | | Sold (part) | 06/23/18 | J | A | |
| 608. | | | | | Sold (part) | 06/23/18 | J | A | |
| 609. | | | | | Sold (part) | 06/23/18 | J | A | |
| 610. | | | | | Sold (part) | 06/23/18 | J | A | |
| 611. | | | | | Sold (part) | 06/23/18 | J | A | |
| 612. | | | | | Sold (part) | 06/23/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schydlower, Leon | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. | | | | | Sold (part) | 06/23/18 | J | A | |
| 614. | | | | | Sold (part) | 06/23/18 | K | A | |
| 615. | | | | | Sold (part) | 06/23/18 | J | A | |
| 616. | | | | | Sold (part) | 06/23/18 | J | | |
| 617. | | | | | Sold (part) | 06/23/18 | J | | |
| 618. | | | | | Sold (part) | 06/23/18 | J | | |
| 619. | | | | | Sold (part) | 06/23/18 | J | | |
| 620. | | | | | Sold (part) | 06/23/18 | J | | |
| 621. | | | | | Sold (part) | 06/23/18 | J | | |
| 622. | | | | | Sold (part) | 06/23/18 | J | | |
| 623. | | | | | Sold (part) | 06/23/18 | J | | |
| 624. | | | | | Sold (part) | 06/23/18 | J | | |
| 625. | | | | | Sold (part) | 06/23/18 | J | | |
| 626. | | | | | Sold (part) | 06/23/18 | J | | |
| 627. | | | | | Sold (part) | 06/23/18 | J | | |
| 628. | | | | | Sold (part) | 06/23/18 | J | | |
| 629. | | | | | Sold (part) | 06/23/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Schydlower, Leon** | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 630. | | | | | Buy | 06/24/18 | J | | |
| 631. | | | | | Buy<br>(add'l) | 06/24/18 | J | | |
| 632. | | | | | Buy<br>(add'l) | 06/24/18 | J | | |
| 633. | | | | | Buy<br>(add'l) | 06/24/18 | K | | |
| 634. | | | | | Buy<br>(add'l) | 06/24/18 | J | | |
| 635. | | | | | Buy<br>(add'l) | 06/24/18 | K | | |
| 636. | | | | | Buy<br>(add'l) | 06/24/18 | J | | |
| 637. | | | | | Buy<br>(add'l) | 06/24/18 | J | | |
| 638. | | | | | Buy<br>(add'l) | 06/24/18 | K | | |
| 639. | | | | | Buy<br>(add'l) | 06/24/18 | J | | |
| 640. | | | | | Sold<br>(part) | 07/17/18 | J | A | |
| 641. | | | | | Sold<br>(part) | 07/17/18 | J | A | |
| 642. | | | | | Sold<br>(part) | 07/17/18 | J | A | |
| 643. | | | | | Sold<br>(part) | 07/17/18 | J | A | |
| 644. | | | | | Sold<br>(part) | 07/17/18 | J | A | |
| 645. | | | | | Buy | 07/17/18 | J | | |
| 646. | | | | | Buy<br>(add'l) | 07/17/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Schydlower, Leon** | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. | | | | | Buy (add'l) | 07/17/18 | J | | |
| 648. | | | | | Buy (add'l) | 07/17/18 | J | | |
| 649. | | | | | Buy (add'l) | 07/17/18 | J | | |
| 650. | | | | | Buy (add'l) | 07/17/18 | J | | |
| 651. | | | | | Sold (part) | 07/22/18 | J | A | |
| 652. | | | | | Sold (part) | 07/22/18 | J | A | |
| 653. | | | | | Sold (part) | 07/22/18 | J | A | |
| 654. | | | | | Sold (part) | 07/22/18 | J | A | |
| 655. | | | | | Sold (part) | 07/22/18 | K | A | |
| 656. | | | | | Buy | 07/22/18 | J | | |
| 657. | | | | | Buy | 07/22/18 | J | | |
| 658. | | | | | Buy | 07/22/18 | J | | |
| 659. | | | | | Buy | 07/22/18 | J | | |
| 660. | | | | | Buy | 07/22/18 | K | | |
| 661. | | | | | Sold (part) | 11/06/18 | K | B | |
| 662. | | | | | Sold (part) | 11/06/18 | J | A | |
| 663. | | | | | Sold (part) | 11/06/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schydlower, Leon | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 664. | | | | | Sold<br>(part) | 11/06/18 | J | A | |
| 665. | | | | | Sold<br>(part) | 11/06/18 | J | A | |
| 666. | | | | | Sold<br>(part) | 11/06/18 | J | A | |
| 667. | | | | | Sold<br>(part) | 11/06/18 | J | A | |
| 668. | | | | | Sold<br>(part) | 11/06/18 | J | A | |
| 669. | | | | | Sold<br>(part) | 11/06/18 | J | A | |
| 670. | | | | | Sold<br>(part) | 11/06/18 | J | | |
| 671. | | | | | Sold<br>(part) | 11/06/18 | J | | |
| 672. | | | | | Sold<br>(part) | 11/06/18 | J | | |
| 673. | | | | | Sold<br>(part) | 11/06/18 | J | | |
| 674. | | | | | Sold<br>(part) | 11/06/18 | J | | |
| 675. | | | | | Sold<br>(part) | 11/06/18 | J | | |
| 676. | | | | | Sold<br>(part) | 11/06/18 | J | | |
| 677. | | | | | Sold<br>(part) | 11/06/18 | J | | |
| 678. | | | | | Sold<br>(part) | 11/06/18 | J | | |
| 679. | | | | | Sold<br>(part) | 11/06/18 | J | | |
| 680. | | | | | Sold<br>(part) | 11/06/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schydlower, Leon | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 681. | | | | | Sold<br>(part) | 11/06/18 | J | | |
| 682. | | | | | Sold<br>(part) | 11/06/18 | J | | |
| 683. | | | | | Sold<br>(part) | 11/06/18 | J | | |
| 684. | | | | | Sold<br>(part) | 11/06/18 | J | | |
| 685. | | | | | Sold<br>(part) | 11/06/18 | J | | |
| 686. | | | | | Sold<br>(part) | 11/06/18 | J | | |
| 687. | | | | | Sold<br>(part) | 11/06/18 | J | | |
| 688. | | | | | Sold<br>(part) | 11/06/18 | J | | |
| 689. | | | | | Buy | 11/06/18 | J | | |
| 690. | | | | | Buy<br>(add'l) | 11/06/18 | J | | |
| 691. | | | | | Buy<br>(add'l) | 11/06/18 | J | | |
| 692. | | | | | Buy<br>(add'l) | 11/06/18 | J | | |
| 693. | | | | | Buy<br>(add'l) | 11/06/18 | J | | |
| 694. | | | | | Buy | 11/14/18 | J | | |
| 695. | | | | | Buy<br>(add'l) | 11/14/18 | J | | |
| 696. | | | | | Buy<br>(add'l) | 11/14/18 | J | | |
| 697. | | | | | Buy<br>(add'l) | 11/14/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schydlower, Leon | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. | | | | | Buy (add'l) | 11/14/18 | J | | |
| 699. | | | | | Buy (add'l) | 11/14/18 | J | | |
| 700. | | | | | Buy (add'l) | 11/14/18 | J | | |
| 701. | | | | | Buy (add'l) | 11/14/18 | J | | |
| 702. | | | | | Buy (add'l) | 11/14/18 | J | | |
| 703. | | | | | Buy (add'l) | 11/14/18 | J | | |
| 704. | | | | | Buy (add'l) | 11/14/18 | J | | |
| 705. | | | | | Buy (add'l) | 11/14/18 | J | | |
| 706. | | | | | Buy (add'l) | 11/14/18 | J | | |
| 707. | | | | | Buy (add'l) | 11/14/18 | J | | |
| 708. | | | | | Buy (add'l) | 11/14/18 | J | | |
| 709. | | | | | Buy (add'l) | 11/14/18 | J | | |
| 710. | | | | | Buy (add'l) | 11/14/18 | J | | |
| 711. | | | | | Buy (add'l) | 11/14/18 | J | | |
| 712. | | | | | Buy (add'l) | 11/14/18 | J | | |
| 713. | | | | | Buy (add'l) | 11/14/18 | J | | |
| 714. | | | | | Buy (add'l) | 11/14/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 715. | | | | | Buy (add'l) | 11/14/18 | J | | |
| 716. | | | | | Buy (add'l) | 11/14/18 | J | | |
| 717. | | | | | Buy (add'l) | 11/14/18 | J | | |
| 718. | | | | | Buy (add'l) | 11/14/18 | J | | |
| 719. | | | | | Buy (add'l) | 11/14/18 | J | | |
| 720. | | | | | Sold (part) | 12/09/18 | J | A | |
| 721. | | | | | Sold (part) | 12/09/18 | J | A | |
| 722. | | | | | Sold (part) | 12/09/18 | J | A | |
| 723. | | | | | Sold (part) | 12/09/18 | J | A | |
| 724. | | | | | Sold (part) | 12/09/18 | J | A | |
| 725. | | | | | Buy | 12/09/18 | K | | |
| 726. | | | | | Sold (part) | 12/13/18 | J | A | |
| 727. | | | | | Sold (part) | 12/13/18 | J | A | |
| 728. | | | | | Sold (part) | 12/13/18 | K | A | |
| 729. | | | | | Buy | 12/13/18 | J | | |
| 730. | | | | | Buy (add'l) | 12/13/18 | K | | |
| 731. | | | | | Sold (part) | 12/18/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schydlower, Leon | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. | | | | | Sold (part) | 12/18/18 | J | A | |
| 733. | | | | | Sold (part) | 12/18/18 | J | A | |
| 734. | | | | | Sold (part) | 12/18/18 | K | A | |
| 735. | | | | | Sold (part) | 12/18/18 | J | A | |
| 736. | | | | | Sold (part) | 12/18/18 | J | A | |
| 737. | | | | | Sold (part) | 12/18/18 | J | A | |
| 738. | | | | | Sold (part) | 12/18/18 | K | A | |
| 739. | | | | | Sold (part) | 12/18/18 | J | A | |
| 740. | | | | | Sold (part) | 12/18/18 | K | A | |
| 741. | | | | | Sold (part) | 12/18/18 | J | A | |
| 742. | | | | | Sold (part) | 12/18/18 | J | | |
| 743. | | | | | Sold (part) | 12/18/18 | J | | |
| 744. | | | | | Sold (part) | 12/18/18 | J | | |
| 745. | | | | | Sold (part) | 12/18/18 | J | | |
| 746. | | | | | Sold (part) | 12/18/18 | K | | |
| 747. | | | | | Buy | 12/19/18 | J | | |
| 748. | | | | | Buy (add'l) | 12/19/18 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Schydlower, Leon** | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 750. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 751. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 752. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 753. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 754. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 755. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 756. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 757. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 758. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 759. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 760. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 761. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 762. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 763. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 764. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 765. | | | | | Buy (add'l) | 12/19/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schydlower, Leon | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 766. | | | | | Buy<br>(add'l) | 12/19/18 | J | | |
| 767. | | | | | Buy<br>(add'l) | 12/19/18 | J | | |
| 768. | | | | | Buy<br>(add'l) | 12/19/18 | J | | |
| 769. | | | | | Buy<br>(add'l) | 12/19/18 | K | | |
| 770. | | | | | Buy<br>(add'l) | 12/19/18 | J | | |
| 771. | | | | | Buy<br>(add'l) | 12/19/18 | J | | |
| 772. | | | | | Buy<br>(add'l) | 12/19/18 | J | | |
| 773. | | | | | Sold<br>(part) | 12/19/18 | J | | |
| 774. | | | | | Sold<br>(part) | 12/19/18 | J | | |
| 775. | | | | | Sold<br>(part) | 12/19/18 | K | | |
| 776. | | | | | Sold<br>(part) | 12/19/18 | J | | |
| 777. | | | | | Sold<br>(part) | 12/19/18 | J | | |
| 778. | | | | | Sold<br>(part) | 12/19/18 | J | | |
| 779. | | | | | Sold<br>(part) | 12/19/18 | J | | |
| 780. | | | | | Sold<br>(part) | 12/19/18 | J | | |
| 781. | | | | | Sold<br>(part) | 12/19/18 | J | | |
| 782. | | | | | Sold<br>(part) | 12/19/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schydlower, Leon | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. | | | | | | Sold (part) | 12/19/18 | J | | |
| 784. | | | | | | Sold (part) | 12/19/18 | J | | |
| 785. | | | | | | Sold (part) | 12/19/18 | J | | |
| 786. | | | | | | Sold (part) | 12/19/18 | J | | |
| 787. | | | | | | Sold (part) | 12/19/18 | J | | |
| 788. | | | | | | Sold (part) | 12/19/18 | J | | |
| 789. | | | | | | Sold (part) | 12/19/18 | J | | |
| 790. | | | | | | Sold (part) | 12/19/18 | J | | |
| 791. | | | | | | Sold (part) | 12/19/18 | J | | |
| 792. | | | | | | Sold (part) | 12/19/18 | J | | |
| 793. | | | | | | Sold (part) | 12/19/18 | J | | |
| 794. | | | | | | Sold (part) | 12/19/18 | J | | |
| 795. | | | | | | Sold (part) | 12/19/18 | J | | |
| 796. | | | | | | Sold (part) | 12/19/18 | J | | |
| 797. | | | | | | Sold (part) | 12/19/18 | J | | |
| 798. | | | | | | Sold (part) | 12/19/18 | K | | |
| 799. | | | | | | Buy | 12/19/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schydlower, Leon | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 800. | | | | | Buy<br>(add'l) | 12/19/18 | K | | |
| 801. | | | | | Buy<br>(add'l) | 12/19/18 | J | | |
| 802. | | | | | Buy<br>(add'l) | 12/19/18 | K | | |
| 803. | | | | | Buy<br>(add'l) | 12/19/18 | J | | |
| 804. | | | | | Buy<br>(add'l) | 12/19/18 | J | | |
| 805. | | | | | Buy<br>(add'l) | 12/19/18 | J | | |
| 806. | | | | | Buy<br>(add'l) | 12/19/18 | J | | |
| 807. | | | | | Buy<br>(add'l) | 12/19/18 | K | | |
| 808. | | | | | Sold<br>(part) | 12/20/18 | J | | |
| 809. | | | | | Sold<br>(part) | 12/20/18 | J | | |
| 810. | | | | | Sold<br>(part) | 12/20/18 | J | | |
| 811. | | | | | Sold<br>(part) | 12/20/18 | J | | |
| 812. | | | | | Sold<br>(part) | 12/20/18 | J | | |
| 813. | | | | | Sold<br>(part) | 12/20/18 | J | | |
| 814. | | | | | Sold<br>(part) | 12/20/18 | J | | |
| 815. | | | | | Sold<br>(part) | 12/20/18 | J | | |
| 816. | | | | | Sold<br>(part) | 12/20/18 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schydlower, Leon | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 817. | | | | | Sold<br>(part) | 12/20/18 | J | | |
| 818. | | | | | Sold<br>(part) | 12/20/18 | J | | |
| 819. | | | | | Sold<br>(part) | 12/20/18 | J | | |
| 820. | | | | | Sold<br>(part) | 12/20/18 | J | | |
| 821. | | | | | Sold<br>(part) | 12/20/18 | K | | |
| 822. | | | | | Sold<br>(part) | 12/20/18 | J | | |
| 823. | | | | | Sold<br>(part) | 12/20/18 | J | | |
| 824. | | | | | Sold<br>(part) | 12/20/18 | J | | |
| 825. | | | | | Sold<br>(part) | 12/20/18 | J | | |
| 826. | | | | | Sold<br>(part) | 12/20/18 | J | | |
| 827. | | | | | Sold<br>(part) | 12/20/18 | J | | |
| 828. | | | | | Sold<br>(part) | 12/20/18 | J | | |
| 829. | | | | | Sold<br>(part) | 12/20/18 | J | | |
| 830. | | | | | Sold<br>(part) | 12/20/18 | J | | |
| 831. | | | | | Sold<br>(part) | 12/20/18 | J | | |
| 832. | | | | | Sold<br>(part) | 12/20/18 | J | | |
| 833. | | | | | Sold<br>(part) | 12/20/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schydlower, Leon | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. | | | | | Sold (part) | 12/20/18 | J | | |
| 835. | | | | | Sold (part) | 12/20/18 | J | | |
| 836. | | | | | Buy | 12/22/18 | K | | |
| 837. | | | | | Buy (add'l) | 12/22/18 | J | | |
| 838. | | | | | Buy (add'l) | 12/22/18 | J | | |
| 839. | | | | | Buy (add'l) | 12/22/18 | J | | |
| 840. | | | | | Buy (add'l) | 12/22/18 | J | | |
| 841. | | | | | Buy (add'l) | 12/22/18 | J | | |
| 842. | | | | | Buy (add'l) | 12/22/18 | J | | |
| 843. | | | | | Buy (add'l) | 12/22/18 | J | | |
| 844. | | | | | Buy (add'l) | 12/22/18 | J | | |
| 845. | | | | | Buy (add'l) | 12/22/18 | K | | |
| 846. | | | | | Buy (add'l) | 12/22/18 | J | | |
| 847. | | | | | Buy (add'l) | 12/22/18 | J | | |
| 848. | | | | | Buy (add'l) | 12/22/18 | J | | |
| 849. | | | | | Buy (add'l) | 12/22/18 | J | | |
| 850. | | | | | Buy (add'l) | 12/22/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schydlower, Leon | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. | | | | | Buy (add'l) | 12/22/18 | J | | |
| 852. | | | | | Buy (add'l) | 12/22/18 | K | | |
| 853. | | | | | Buy (add'l) | 12/22/18 | J | | |
| 854. | | | | | Sold (part) | 12/23/18 | J | | |
| 855. | | | | | Sold (part) | 12/23/18 | J | | |
| 856. | | | | | Sold (part) | 12/23/18 | J | | |
| 857. | | | | | Sold (part) | 12/23/18 | J | | |
| 858. | | | | | Sold (part) | 12/23/18 | J | | |
| 859. | | | | | Sold (part) | 12/23/18 | J | | |
| 860. | | | | | Sold (part) | 12/23/18 | J | | |
| 861. | | | | | Buy | 12/23/18 | J | | |
| 862. | | | | | Buy (add'l) | 12/23/18 | J | | |
| 863. | | | | | Buy (add'l) | 12/23/18 | J | | |
| 864. | | | | | Buy (add'l) | 12/23/18 | J | | |
| 865. | | | | | Buy (add'l) | 12/23/18 | J | | |
| 866. | | | | | Buy (add'l) | 12/23/18 | J | | |
| 867. | | | | | Buy (add'l) | 12/23/18 | J | | |

1 Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2 Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3 Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| **Schydlower, Leon** | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 868. | | | | | Buy<br>(add'l) | 12/23/18 | J | | |
| 869. | | | | | Buy<br>(add'l) | 12/23/18 | J | | |
| 870. | | | | | Buy<br>(add'l) | 12/23/18 | J | | |
| 871. | | | | | Buy<br>(add'l) | 12/23/18 | J | | |
| 872. | | | | | Buy<br>(add'l) | 12/23/18 | J | | |
| 873. | | | | | Buy<br>(add'l) | 12/23/18 | J | | |
| 874. | | | | | Buy<br>(add'l) | 12/23/18 | J | | |
| 875. | | | | | Buy<br>(add'l) | 12/23/18 | J | | |
| 876. ADA | E | Dividend | | T | Buy | 04/06/18 | J | | |
| 877. | | | | | Buy<br>(add'l) | 04/06/18 | J | | |
| 878. | | | | | Buy<br>(add'l) | 04/06/18 | J | | |
| 879. | | | | | Sold<br>(part) | 04/09/18 | J | A | |
| 880. | | | | | Buy | 04/11/18 | J | | |
| 881. | | | | | Buy<br>(add'l) | 04/11/18 | J | | |
| 882. | | | | | Buy<br>(add'l) | 04/11/18 | J | | |
| 883. | | | | | Buy<br>(add'l) | 04/11/18 | J | | |
| 884. | | | | | Buy<br>(add'l) | 04/11/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schydlower, Leon | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. | | | | | Buy (add'l) | 04/11/18 | J | | |
| 886. | | | | | Sold (part) | 04/18/18 | J | | |
| 887. | | | | | Sold (part) | 04/18/18 | J | | |
| 888. | | | | | Sold (part) | 04/18/18 | J | | |
| 889. | | | | | Sold (part) | 04/21/18 | J | A | |
| 890. | | | | | Sold (part) | 04/21/18 | K | D | |
| 891. | | | | | Sold (part) | 04/21/18 | J | B | |
| 892. | | | | | Sold (part) | 04/21/18 | J | B | |
| 893. | | | | | Sold (part) | 04/21/18 | J | A | |
| 894. | | | | | Sold (part) | 04/21/18 | J | A | |
| 895. | | | | | Sold (part) | 04/21/18 | J | B | |
| 896. | | | | | Sold (part) | 04/21/18 | J | C | |
| 897. ZRX | A | Dividend | | T | Buy | 04/07/18 | J | | |
| 898. | | | | | Buy (add'l) | 04/07/18 | J | | |
| 899. | | | | | Sold (part) | 04/09/18 | J | A | |
| 900. | | | | | Sold (part) | 04/09/18 | J | A | |
| 901. | | | | | Sold (part) | 04/09/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schydlower, Leon | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 902.  PPT | B | Dividend | | T | Buy | 04/07/18 | J | | |
| 903. | | | | | Sold<br>(part) | 04/13/18 | J | A | |
| 904. | | | | | Sold<br>(part) | 04/13/18 | J | A | |
| 905.  IOTA | C | Dividend | | T | Buy | 04/08/18 | J | | |
| 906. | | | | | Buy<br>(add'l) | 04/08/18 | J | | |
| 907. | | | | | Buy<br>(add'l) | 04/08/18 | J | | |
| 908. | | | | | Sold<br>(part) | 04/12/18 | J | A | |
| 909. | | | | | Sold<br>(part) | 04/12/18 | J | A | |
| 910. | | | | | Sold<br>(part) | 04/12/18 | J | A | |
| 911. | | | | | Sold<br>(part) | 04/12/18 | J | A | |
| 912. | | | | | Sold<br>(part) | 04/12/18 | J | A | |
| 913. | | | | | Sold<br>(part) | 04/12/18 | J | A | |
| 914. | | | | | Sold<br>(part) | 04/12/18 | J | B | |
| 915.  EOS | B | Dividend | | T | Buy | 04/08/18 | J | | |
| 916. | | | | | Buy<br>(add'l) | 04/08/18 | J | | |
| 917. | | | | | Buy<br>(add'l) | 04/08/18 | J | | |
| 918. | | | | | Sold<br>(part) | 04/11/18 | J | B | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Schydlower, Leon | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. | | | | | Sold (part) | 04/11/18 | J | A | |
| 920.  ICX | A | Dividend | | T | Buy | 04/09/18 | J | | |
| 921. | | | | | Buy (add'l) | 04/09/18 | J | | |
| 922. | | | | | Sold (part) | 04/09/18 | J | | |
| 923. | | | | | Sold (part) | 04/09/18 | J | | |
| 924. | | | | | Buy | 07/17/18 | J | | |
| 925. | | | | | Buy (add'l) | 07/17/18 | J | | |
| 926. | | | | | Buy (add'l) | 07/17/18 | J | | |
| 927. | | | | | Buy (add'l) | 07/17/18 | J | | |
| 928. | | | | | Buy (add'l) | 07/17/18 | J | | |
| 929. | | | | | Sold (part) | 07/17/18 | J | A | |
| 930. | | | | | Sold (part) | 07/17/18 | J | A | |
| 931. | | | | | Sold (part) | 07/17/18 | J | A | |
| 932. | | | | | Sold (part) | 07/17/18 | J | A | |
| 933. | | | | | Sold (part) | 07/17/18 | J | A | |
| 934. | | | | | Sold (part) | 07/17/18 | J | A | |
| 935.  XRP | | None | | T | Buy | 04/12/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schydlower, Leon | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 936. | | | | | Buy<br>(add'l) | 04/12/18 | J | | |
| 937. | | | | | Buy<br>(add'l) | 04/12/18 | J | | |
| 938. | | | | | Buy<br>(add'l) | 04/12/18 | J | | |
| 939. | | | | | Sold<br>(part) | 04/13/18 | J | A | |
| 940. | | | | | Sold<br>(part) | 04/13/18 | J | A | |
| 941. | | | | | Sold<br>(part) | 04/13/18 | J | A | |
| 942. | | | | | Sold<br>(part) | 04/13/18 | J | A | |
| 943. | | | | | Sold<br>(part) | 04/13/18 | J | A | |
| 944. | | | | | Sold<br>(part) | 04/13/18 | J | A | |
| 945. | | | | | Buy | 04/18/18 | J | | |
| 946. | | | | | Buy<br>(add'l) | 04/18/18 | J | | |
| 947. | | | | | Buy<br>(add'l) | 04/18/18 | J | | |
| 948. | | | | | Buy<br>(add'l) | 04/18/18 | J | | |
| 949. | | | | | Buy<br>(add'l) | 04/18/18 | J | | |
| 950. | | | | | Sold<br>(part) | 04/20/18 | J | B | |
| 951. | | | | | Sold<br>(part) | 04/20/18 | J | A | |
| 952. | | | | | Sold<br>(part) | 04/20/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schydlower, Leon | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 953. | | | | | Sold<br>(part) | 04/20/18 | J | A | |
| 954. | | | | | Sold<br>(part) | 04/20/18 | J | A | |
| 955. | | | | | Sold<br>(part) | 04/20/18 | J | B | |
| 956. | | | | | Buy | 11/06/18 | K | | |
| 957. | | | | | Buy<br>(add'l) | 11/06/18 | J | | |
| 958. | | | | | Buy<br>(add'l) | 11/06/18 | J | | |
| 959. | | | | | Buy<br>(add'l) | 11/06/18 | J | | |
| 960. | | | | | Buy<br>(add'l) | 11/06/18 | J | | |
| 961. | | | | | Buy<br>(add'l) | 11/06/18 | J | | |
| 962. | | | | | Buy<br>(add'l) | 11/06/18 | J | | |
| 963. | | | | | Buy<br>(add'l) | 11/06/18 | J | | |
| 964. | | | | | Buy<br>(add'l) | 11/06/18 | J | | |
| 965. | | | | | Buy<br>(add'l) | 11/06/18 | J | | |
| 966. | | | | | Buy<br>(add'l) | 11/06/18 | J | | |
| 967. | | | | | Buy<br>(add'l) | 11/06/18 | J | | |
| 968. | | | | | Buy<br>(add'l) | 11/06/18 | J | | |
| 969. | | | | | Buy<br>(add'l) | 11/06/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schydlower, Leon | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 970. | | | | | Buy (add'l) | 11/06/18 | J | | |
| 971. | | | | | Buy (add'l) | 11/06/18 | J | | |
| 972. | | | | | Buy (add'l) | 11/06/18 | J | | |
| 973. | | | | | Buy (add'l) | 11/06/18 | J | | |
| 974. | | | | | Buy (add'l) | 11/06/18 | J | | |
| 975. | | | | | Buy (add'l) | 11/06/18 | J | | |
| 976. | | | | | Buy (add'l) | 11/06/18 | J | | |
| 977. | | | | | Buy (add'l) | 11/06/18 | J | | |
| 978. | | | | | Buy (add'l) | 11/06/18 | J | | |
| 979. | | | | | Buy (add'l) | 11/06/18 | J | | |
| 980. | | | | | Buy (add'l) | 11/06/18 | J | | |
| 981. | | | | | Sold (part) | 11/06/18 | J | | |
| 982. | | | | | Sold (part) | 11/06/18 | J | | |
| 983. | | | | | Sold (part) | 11/06/18 | J | | |
| 984. | | | | | Sold (part) | 11/06/18 | J | | |
| 985. | | | | | Sold (part) | 11/06/18 | J | | |
| 986. | | | | | Sold (part) | 11/14/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schydlower, Leon | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987. | | | | | Sold (part) | 11/14/18 | J | | |
| 988. | | | | | Sold (part) | 11/14/18 | J | | |
| 989. | | | | | Sold (part) | 11/14/18 | J | | |
| 990. | | | | | Sold (part) | 11/14/18 | J | | |
| 991. | | | | | Sold (part) | 11/14/18 | J | | |
| 992. | | | | | Sold (part) | 11/14/18 | J | | |
| 993. | | | | | Sold (part) | 11/14/18 | J | | |
| 994. | | | | | Sold (part) | 11/14/18 | J | | |
| 995. | | | | | Sold (part) | 11/14/18 | J | | |
| 996. | | | | | Sold (part) | 11/14/18 | J | | |
| 997. | | | | | Sold (part) | 11/14/18 | J | | |
| 998. | | | | | Sold (part) | 11/14/18 | J | | |
| 999. | | | | | Sold (part) | 11/14/18 | J | | |
| 1000. | | | | | Sold (part) | 11/14/18 | J | | |
| 1001. | | | | | Sold (part) | 11/14/18 | J | | |
| 1002. | | | | | Sold (part) | 11/14/18 | J | | |
| 1003. | | | | | Sold (part) | 11/14/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Schydlower, Leon** | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1004. | | | | | Sold<br>(part) | 11/14/18 | J | | |
| 1005. | | | | | Sold<br>(part) | 11/14/18 | J | | |
| 1006. | | | | | Sold<br>(part) | 11/14/18 | J | | |
| 1007. | | | | | Sold<br>(part) | 11/14/18 | J | | |
| 1008. | | | | | Sold<br>(part) | 11/14/18 | J | | |
| 1009. | | | | | Sold<br>(part) | 11/14/18 | J | | |
| 1010. | | | | | Sold<br>(part) | 11/14/18 | J | | |
| 1011. | | | | | Sold<br>(part) | 11/14/18 | J | | |
| 1012. | | | | | Sold<br>(part) | 11/14/18 | J | | |
| 1013. BCH | C | Dividend | | | Buy | 04/22/18 | J | | |
| 1014. | | | | | Buy<br>(add'l) | 04/22/18 | J | | |
| 1015. | | | | | Buy<br>(add'l) | 04/22/18 | J | | |
| 1016. | | | | | Buy<br>(add'l) | 04/22/18 | K | | |
| 1017. | | | | | Buy<br>(add'l) | 04/22/18 | J | | |
| 1018. | | | | | Buy<br>(add'l) | 04/22/18 | K | | |
| 1019. | | | | | Sold<br>(part) | 04/22/18 | J | A | |
| 1020. | | | | | Sold<br>(part) | 04/22/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Schydlower, Leon** | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1021. | | | | | Sold<br>(part) | 04/22/18 | J | A | |
| 1022. | | | | | Sold<br>(part) | 04/22/18 | J | A | |
| 1023. | | | | | Sold<br>(part) | 04/22/18 | J | A | |
| 1024. | | | | | Sold<br>(part) | 04/22/18 | J | A | |
| 1025. | | | | | Sold<br>(part) | 04/22/18 | J | A | |
| 1026. | | | | | Sold<br>(part) | 04/22/18 | J | A | |
| 1027. | | | | | Sold<br>(part) | 04/22/18 | J | A | |
| 1028. | | | | | Sold<br>(part) | 04/22/18 | J | A | |
| 1029. | | | | | Sold<br>(part) | 04/22/18 | J | A | |
| 1030. | | | | | Sold<br>(part) | 04/22/18 | J | A | |
| 1031. | | | | | Sold<br>(part) | 04/22/18 | J | A | |
| 1032. | | | | | Sold<br>(part) | 04/22/18 | J | A | |
| 1033. | | | | | Sold<br>(part) | 04/22/18 | J | A | |
| 1034. NEO | C | Dividend | | | Buy | 04/24/18 | K | | |
| 1035. | | | | | Sold<br>(part) | 04/29/18 | J | A | |
| 1036. | | | | | Sold<br>(part) | 04/29/18 | J | B | |
| 1037. | | | | | Sold<br>(part) | 04/29/18 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Schydlower, Leon** | 08/23/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1038. QTUM | A | Dividend | | | Buy | 04/28/18 | J | | |
| 1039. | | | | | Buy (add'l) | 04/28/18 | J | | |
| 1040. | | | | | Buy (add'l) | 04/28/18 | J | | |
| 1041. | | | | | Buy (add'l) | 04/28/18 | J | | |
| 1042. | | | | | Sold (part) | 04/29/18 | J | A | |
| 1043. | | | | | Sold (part) | 04/29/18 | J | A | |
| 1044. | | | | | Sold (part) | 04/29/18 | J | A | |
| 1045. | | | | | Sold (part) | 04/29/18 | J | A | |
| 1046. | | | | | Sold (part) | 04/29/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Schydlower, Leon** | 08/23/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Amendments:

1. Personal information removed from Part VI, line 1.
2. Value method code added in Part VII, lines 39, 876, 897, 902, 905, 915, 920, 935.

| Name of Person Reporting | Date of Report |
|---|---|
| **Schydlower, Leon** | 08/23/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leon Schydlower**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544